Keith Berglund (State Bar No.207649)
Steve Wegner (State Bar No. 58585)
The Berglund Group
149 S. Barrington Ave.
Suite 181
Los Angeles, Ca. 90049
Telephone: 310-567-6070
Facsimile: 310-564-0327

Attorneys for Debtor

**FILED**
**MAY 06 2010**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>HUI WANG,<br><br>_____<br><br>JUERGEN VOTTELER<br><br>       Plaintiff,<br><br>v.<br><br>HUI WANG<br>       Defendant. | CASE NO. 2:09-bk-19641-ER<br><br>Chapter 7<br><br>Adv. No. 09-bk-01865-ER<br><br>**NOTICE OF (1) SUPPLEMENT TO APPEAL, (2) STATEMENT OF ISSUES, (3) DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD, AND (4) NOTICE OF ORDERING TRANSCRIPT, TO THE NINTH CIRCUIT BANKRUPTCY APPELLATE PANEL OF ORDER GRANTING RELIEF FROM STAY TO PURSUE STATE COURT APPEAL**<br><br>Date:    N/A<br>Time:    N/A<br>Ctrm:    N/A |

E BERGLUND GROUP
2800 Neilson Way
Suite 1615
Santa Monica, CA 90405
(310) 567-6070

printed on recycled paper

1

SUPPLEMENT TO NOTICE OF APPEAL    BANKR. NO. 09-19641ER

**TO THE UNITED STATES BANKRUPTCY CLERK; THE OFFICE OF THE UNITED STATES TRUSTEE; AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Hui Wang("Debtor"), the Debtor herein, files this supplement to the appeal(the"Appeal") to the Bankruptcy Appellate Panel of the Ninth Circuit under 28 U.S.C. § 158(a) or (b) from the final Judgment, entered on April 8, 2010, granting creditor Juergen Votteler's Motion for Relief from Stay to pursue state court appeal(the "Relief Judgment"), which Appeal was filed by Debtor on April 22, 2010 and includes the Order entered by the Bankruptcy Court also on April 8, 2010 granting the Relief Judgment(the"Order") . A true and correct copy of the Order is attached hereto as Exhibit"A" and is incorporated herein by reference.

**PLEASE TAKE FURTHER NOTICE** that the Appellant has requested contemporaneous herewith a copy of the Transcript of the Hearing dated March 22, 2010 relating to the Relief Judgment and Order. A true and correct copy of the Notice of Transcript is attached hereto as Exhibit "B" and is incorporated herein by reference.

## STATEMENT OF ISSUES ON APPEAL

1. Whether the Bankruptcy Court erred and incorrectly applied the principles of collateral estoppel and/or res judicata in granting the motion of Appellee to lift the automatic stay to permit the State Court appeal to go forward in respect of a California State Default Judgment that was not final under California law.

2. Whether the Bankruptcy Court erred in granting the motion of Appellee to lift the automatic stay to permit the State Court appeal to go forward, ruling that there were identical issues of law and fact in the pending adversary proceeding and the California state court action.

E BERGLUND GROUP
2800 Neilson Way
Suite 1615
Santa Monica, CA 90405
(310) 567-6070

3. Whether the Bankruptcy Court erred in granting the motion of Appellee to lift the automatic stay to permit the State Court appeal to go forward, ruling that the Appellee adequately met his burden in establishing "cause" for relief from the stay to be granted.

4. Whether the Bankruptcy Court erred in granting the motion of Appellee to lift the automatic stay to permit the State Court appeal to go forward without considering the fact that Appellee had consented to Bankruptcy Court jurisdiction by filing a proof of claim.

## STATEMENT OF ITEMS TO BE INCLUDED IN THE RECORD

**2:09-bk-19641-ER**

| Date | Item # | Description |
| --- | --- | --- |
| 1. 4.8.2010 | 51 | Order Granting Relief From Stay |
| 2. 4.8.2010 | 52 | Judgment Granting Relief From Stay |
| 3. 4.22.2010 | 58 | Notice of Appeal |
| 4. 4.22.2010 | 61 | Motion for Stay Pending appeal |
| 5. 4.22.10 | 63 | Declaration of Berglund In Support of Stay |
| 6. 4.22.2010 | 62 | Request for Judicial Notice for Stay Pending Appeal |
| 7. 3.22.2010 | n/a | Transcript of Hearing re: Relief From Stay(Ordered) |
| 8. 3.8.2010 | 45 | Opposition to Relief From stay |
| 9. 3.8.2010 | 44 | Declaration of Berglund in Support of Opposition |
| 10. 3.8.2010 | 46 | Declaration of Wang in support of Opposition |
| 11. 4.24.2009 | 1 | Chapter 7 Voluntary Petition |

**2:09-ap-01865-ER**

| Date | Item # | Description |
| --- | --- | --- |
| 12. 7.20.2009 | 1 | Adversary Complaint |

| | | | |
|---|---|---|---|
| 13. | 8.21.2009 | 6 | Motion to Dismiss Complaint-Wang |
| 14. | 8.22.09 | 7 | Declaration of Berglund in Support of Dismissal |
| 15. | 8.22.09 | 8 | Declaration of Wang in Support of Dismissal |
| 16. | 10.6.2009 | 15 | Reply in Support of Opposition-Wang |
| 17. | 10.6.2009 | 16 | Declaration of Wang in Support of Reply |
| 18. | 10.6.2009 | 17 | Declaration of Berglund in Support of Reply |
| 19. | 11.13.09 | 20 | Amended Complaint |
| 20. | 11.17.2009 | 21 | Answer and Affirmative Defenses-Wang |
| 21. | 11.17.2009 | 22 | Motion to Dismiss Amended Complaint |
| 22. | 11.17.2009 | 23 | Declaration Berglund in Support of Dismissal |
| 23. | 11.17.2009 | 24 | Declaration of Wang in Support of Dismissal |
| 24. | 1.5.2010 | 33 | Reply in support of Dismissal |
| 25. | 1.5.2010 | 35 | Evidentiary Objections to Picker Declaration |
| 26. | 1.27.2010 | 36 | Scheduling Order Setting 9.2010 Trial Date |
| 27. | 2.17.2010 | 37 | Order Dismissing Amended Complaint |

Dated: May 6, 2010

THE BERGLUND GROUP

By: *Keith W Berglund*

Keith W. Berglund
ATTORNEY FOR APPELLANT
HUI WANG

FILED & ENTERED

APR 08 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

In re:

Hui Wang,

    Debtors.

_____

Juergen Votteler,

  Plaintiff,

v.

Hui Wang,
  Defendant.

Case No: 2:09-bk-19641-ER

Adv. No: 2:09-ap-01865-ER

Chapter: 7

**ORDER GRANTING CREDITOR JUERGEN VOTTELER'S MOTION FOR RELIEF FROM STAY**

Date:  March 22, 2010
Time:  10:00 a.m.
Location: Ctrm. 1568
    Roybal Federal Building
    255 East Temple Street
    Los Angeles, CA 90012

For the reasons stated in the Memorandum of Decision Re: Creditor Juergen Votteler's Motion for Relief from Stay, the Court HEREBY ORDERS that the Motion is GRANTED.

IT IS SO ORDERED.

-1-

018202      59904018220046

EXHIBIT "A"    -5-

###

DATED: April 8, 2010

_[signature]_
United States Bankruptcy Judge

- 2 -

018202    59904018220046

| Attorney or Party Name, Address and Telephone Number:<br>Keith w. Berglund(sbn 207649)<br>The Berglund Group<br>149 S. Barrington Ave., #181<br>Los Angeles, Ca. 90049<br><br>Attorney for: Hui Wang | FOR COURT USE ONLY |
|---|---|

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>Hui Wang<br><br>Debtor(s). | CASE NO.: 2:09-bk-19641-ER<br><br>ADVERSARY NO.: 2:09-ap-01865-ER |
|---|---|
| Juergen Votteler<br><br>Plaintiff(s).<br>vs.<br>Hui Wang<br><br>Defendant(s). | NOTICE OF TRANSCRIPT(S)<br><br>DATE NOTICE OF<br>APPEAL FILED: 4/22/10 |

**TO:** CLERK, U. S. BANKRUPTCY COURT AND OTHER PARTIES IN INTEREST:

**NOTICE IS HEREBY GIVEN** that the following action has been taken:

[ ]    I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

[✓]    As retained counsel (or litigant proceeding in pro per), I have requested a copy of the transcript and guarantee payment of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of the order.

**DATE TRANSCRIPT(S) ORDERED**     **FOR HEARING DATE(S)**

5.6.2010                                                     3.22.2010

**DATED:** 5/6/10                                     _Keith W. Berglund_
                                                                           **Signature**

### *SPECIAL INSTRUCTIONS*

**THIS IS NOT AN ORDER FOR A TRANSCRIPT.** To order a transcript, please use the Court approved TRANSCRIPT ORDER FORM.

The original and 2 copies of this Notice, accompanied by a Proof of Service on opposing counsel, are to be filed with the U. S. Bankruptcy Court within 14 days of the filing of the Notice of Appeal.

**NOTICE OF TRANSCRIPT(S) (Adversary)**
APPEALS: NTC-TSC AD (Revised 2/2010)

EXHIBIT "B"                                     -7-

| In re: HUI WANG | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-19641-ER |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10850 WILSHIRE BLVD., STE 350, LOS ANGELES, CA. 90205

A true and correct copy of the foregoing document described as: SUPPLEMENT TO NOTICE OF APPEAL, STATEMENT OF ISSUES, DESIGNATION OF RECORD AND NOTICE OF ORDERING TRANSCRIPT, will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On MAY 6, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed. TODD PICKER, ESQ., 850 E. CHAPMAN AVE., STE A, ORANGE, CA. 92866; LEILEI EKVALL, ESQ., 850 TOWN CENTER DRIVE, STE 950, COSTA MESA, CA. 92626, U.S. TRUSTEE, 725 FIGUEROA, STE 2600, LOS ANGELES, CA. 90017

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on MAY 6, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed. HON. ERNEST ROBLES, U.S. BANKRUPTCY COURT, 255 E. TEMPLE STREET, STE 1360, LOS ANGELES, CA. 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| MAY 6, 2010 | ULARA ASAI | _[signature]_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                 F 9013-3.1