Todd Picker (SBN 132905)
April A. Hancock (SBN 269147)
LAW OFFICE OF TODD PICKER
850 E. Chapman Ave., Suite A
Orange, CA 92866
Telephone: 714-744-8390
Fax: 714-388-3756
Email: todd.picker@sbcglobal.net



FILED
MAY 19 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:            Deputy Clerk

Attorneys for JUERGEN VOTTELER, Appellee

# UNITED STATES BANKRUPTCY COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>WANG, HUI<br><br>Debtor.<br><br>JUERGEN VOTTELER,<br><br>Plaintiff,<br><br>v.<br><br>HUI WANG,<br><br>Defendant. | Case No.: 2:09-BK-19641 ER<br><br>Chapter 7<br><br>Adversary No.: 09-01865 ER<br><br>BAP No.: CC-10-1139<br><br>**PLAINTIFF/APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL** |

NOTICE IS GIVEN THAT Plaintiff and Appellee Juergen Votteler in this appeal, desires inclusion of the following documents in the record on appeal pursuant to Federal Rule of Bankruptcy Procedure § 8006:

---

1

APPELLEE'S DESIGNATION OF ADDITIONAL DOCUMENTS FOR RECORD

## STATEMENT OF ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL:

**2:09-bk-19641-ER**

| | | | |
|---|---|---|---|
| 1.) | 07.20.09 | 18 | Adversary Complaint by Votteler Against Wang |
| 2.) | 03.01.10 | 43 | Votteler's Motion for Relief from Automatic Stay |
| 3.) | 03.15.10 | 48 | Votteler's Reply in Support of Relief from Stay |
| 4.) | 03.22.10 | | Tentative Ruling on Motion for Relief from Automatic Stay, Number 56 on Calendar |

**2:09-ap-1865-ER**

| | | | |
|---|---|---|---|
| 5.) | 09.29.09 | 12 | Votteler's Opposition to Motion to Dismiss |
| 6.) | 09.29.09 | 13 | Declaration in Support of Opposition to Dismiss |
| 7.) | 12.29.09 | 32 | Votteler's Opposition to Motion to Dismiss First Amended Complaint |

Appellee requests the inclusion of the following Items to be included only if the Bankruptcy Appellate Panel finds Appellant's Items number 61, 62, and 63, which were submitted to the bankruptcy court after the ruling was made which is the subject of this appeal, were properly designated and relevant to the pending appeal:

**2:09-bk-19641-ER**

| | | | |
|---|---|---|---|
| 8.) | 05.03.10 | 65 | Opposition to Motion to Stay Pending Appeal |
| 9.) | 05.03.10 | 66 | Declaration in Opposition to Stay Pending Appeal |
| 10.) | 05.03.10 | 67 | Objection to Declaration of Keith Berglund |

Dated: May 18, 2010

LAW OFFICE OF TODD PICKER

By: _____
Todd A. Picker
April A. Hancock
Attorneys for Appellee Juergen Votteler

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I, the undersigned, declare I am over the age of eighteen years and not a party to the within action or proceeding. My business address is 850 E. Chapman Ave., Suite A, Orange CA 92866.

On May 19, 2010, I served the within

**PLAINTIFF/APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

on interested parties to this action by:

[ ] facsimile at the listed numbers; and/or by  [ ] e-mail at the addresses listed, and/or by;
[ ] overnight courier and/or by  [ ] personal delivery and/or by  [X] regular mail by placing
[ ] the original;  [X] true copy(ies), thereof enclosed in sealed envelopes  [ ] addressed as follows:  [X] as addressed in the attached mailing list:

```
Keith Berglund
Steve Wegner
The Berglund Group
149 S. Barrington Ave., Ste. 181
Los Angeles, CA 90049
```

[X] **BY MAIL [FRCP 5(b)(2)(C)]** I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the U.S. Postal Service.

[ ] **BY FACSIMILE [FRCP 5(b)(2)(E)]**

[ ] **BY EMAIL [FRCP 5(b)(2)(E)]** The parties have either agreed in writing to accept and receive service by email or have consented to such service by filing electronically with the court.

The document was transmitted by facsimile or email and the transmission was reported as complete and without error by the transmitting device.

[ ] **BY EXPRESS MAIL; FEDERAL EXPRESS; U.P.S. [FRCP 5(b)(2)(B)]** I am readily familiar with the firm's practice of collection and processing correspondence for mailing with U.S. Postal Service Express Mail, Federal Express or United Postal Service.

Under that practice it would be deposited on that same day with postage fully prepaid in Los Angeles, California in the ordinary course of business. The envelope was sealed and placed for collection and mailing on the date of execution set forth below following ordinary business practices.

[ ] **BY PERSONAL DELIVERY [FRCP 5(b)(2)(B)]** I personally delivered such envelope(s) by hand to the offices of the addressee(s).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 19, 2010, at Orange, California.

_____April A. Hancock_____    _____[Signature]_____
*[Print Name of Person Executing Proof]*    *[Signature]*

## ATTACHMENT FOR:

## PROOF OF SERVICE DOCUMENT

<u>ATTORNEY FOR DEBTOR:</u>
Keith Berglund, Esq.
Steve Wegner, Esq.
The Berglund Group
149 S. Barrington, #181
Los Angeles, CA 90049

<u>PERMANENT RECEIVER FOR FINBAR SECURITIES CORP.:</u>
Robb Evans & Assoc.
c/o McKenna, Long & Aldridge, LLP
444 S. Flower St. 8th Floor
Los Angeles, CA 90071
Attn. Gary Caris

<u>ATTORNEY FOR TRUSTEE:</u>
Lei Lei Wang Ekval, Esq.
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626
(Counsel for trustee, H. Kurtz)

<u>TRUSTEE:</u>
Heidi Kurtz, Trustee
2515 S. Western Ave., Suite 11
San Pedro, CA 90732