Keith Berglund (State Bar No.207649)
Steve Wegner (State Bar No. 58585)
The Berglund Group
149 S. Barrington Ave.
Suite 181
Los Angeles, Ca. 90049
Telephone: 310-567-6070
Facsimile: 310-564-0327

Attorneys for Debtor

FILED
MAY 19 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                      Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re | CASE NO. 2:09-bk-19641-ER |
| HUI WANG, | Chapter 7 |
| JUERGEN VOTTELER | Adv. No. 09-bk-01865-ER |
| Plaintiff, | |
| v. | **FIRST SUPPLEMENT TO DESIGNATION OF ITEMS TO TO THE NINTH CIRCUIT BANKRUPTCY APPELLATE PANEL OF ORDER GRANTING RELIEF FROM STAY TO PURSUE STATE COURT APPEAL** |
| HUI WANG Defendant. | |
| | Date:   N/A |
| | Time:  N/A |
| | Ctrm:  N/A |

E BERGLUND GROUP
2800 Neilson Way
Suite 1615
Santa Monica, CA 90405
(310) 567-6070

1

printed on recycled paper

FIRST SUPPLEMENT TO DESIGNATION OF ITEMS: NOTICE OF APPEAL    BANKR. NO. 09-19641ER

**TO THE UNITED STATES BANKRUPTCY CLERK; THE OFFICE OF THE UNITED STATES TRUSTEE; AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Hui Wang("Debtor"), the Debtor herein, files this First Supplement to Designation of Items for the Appeal(the"Appeal") to the Bankruptcy Appellate Panel of the Ninth Circuit under 28 U.S.C. § 158(a) or (b) from the final Judgment, entered on April 8, 2010, granting creditor Juergen Votteler's Motion for Relief from Stay to pursue state court appeal(the "Relief Judgment"), which Appeal was filed by Debtor on April 22, 2010.

**FIRST SUPPLEMENT TO STATEMENT OF ITEMS TO BE INCLUDED IN THE RECORD**

**2:09-bk-19641-ER**

| Date | Item # | Description |
|---|---|---|
| 28. 4.24.2009 | 1 | Bankruptcy Schedules |
| 29. 3.31.2010 | 49 | Discharge of Debtor |
| 30. 5.10.2010 | 69 | Reply in support of Motion for Stay |
| 31. 5.10.2010 | 71 | Declaration of Berglund in Support of Reply |

Dated: May 19, 2010

THE BERGLUND GROUP

By: /s/ Keith W. Berglund

Keith W. Berglund

Attorney for Appellant - Hui Wang

E BERGLUND GROUP
2800 Neilson Way
Suite 1615
Santa Monica, CA 90405
(310) 567-6070

| In re: HUI WANG | | CHAPTER 7 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 2:09-bk-19641-ER |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:10850 Wilshire Blvd., Ste 350, Los Angeles, Ca. 90205

A true and correct copy of the foregoing document described as FIRST SUPPLEMENT TO DESIGNATION OF ITEMS FOR APPEAL will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On May 19, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed. *TODD PICKER, ESQ., 850 E. CHAPMAN AVE., STE A, ORANGE, CA. 92866; LEILEI EKVALL,ESQ.,850 TOWN CENTER DRIVE, STE 950, COSTA MESA, CA. 92626; U.S. TRUSTEE, 725 FIGUEROA, STE 2600, LOS ANGELES, CA. 90017*

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on MAY 19, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.HON. ERNEST ROBLES, U.S. BANKRUPTCY COURT, 255 E. TEMPLE STREET, STE 1360, LOS ANGELES, CA. 90012☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| MAY 19, 2010 | ULARA ASAI | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**